FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1216-W |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., |
| JOSE MONJARAZ (1), ) | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of |
| JOSE ANTONIO CARRANZA-SOLORIO (2), ) | Illegal Aliens and Aiding and Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about April 3, 2008, within the Southern District of California, defendants JOSE MONJARAZ and JOSE ANTONIO CARRANZA-SOLORIO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gliserio Moreno-Dominguez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/17/08.

KAREN P. HEWITT
United States Attorney

/s/ Michelle A. [illegible]
for CAROLINE P. HAN
Assistant U.S. Attorney

CPH:lg:San Diego
4/8/08